1  CHARLES B. HECHT (Admitted pro hac vice)          NO JS 6
   HAMIL/HECHT LLC
2  140 East 19th Avenue, Suite 600
   Denver, CO 80203
3  Telephone (303) 830-1383
   Facsimile (303) 830-1057
4  checht@h-hllc.com

5  Attorneys for *Defendant*
   KROENKE SPORTS ENTERPRISES, LLC
6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  TICKETMASTER L.L.C., a Virginia          No.  CV 07-01961 R (Plax)
    limited liability company,
12                                           **[PROPOSED] JUDGMENT
                  Plaintiff,                 GRANTING DEFENDANT
13                                           KROENKE SPORTS ENTERPRISES,
          vs.                                LLC'S MOTION FOR SUMMARY
14                                           JUDGMENT ON PLAINTIFF'S
    KROENKE SPORTS ENTERPRISES               SECOND, FOURTH, AND FIFTH
15  L.L.C., a Colorado limited liability     CLAIMS FOR RELIEF**
    company,
16                                           [Filed Concurrently with Proposed Order,
                  Defendant.                 Findings of Fact and Conclusions of Law]
17

18

19

20

21

22

23

24

25

26

27

28

                                    1
                                                    CASE NO. CV07-01961ER (PLAX

1    Defendant's Motion for Summary Judgment came on for hearing before this
2    Court, the Honorable Manuel Real, District Court Judge presiding.   After
3    consideration of the Memorandum of Points and Authorities, Statement of
4    Uncontroverted Facts and Conclusions of Law, admissible evidence submitted, and
5    all other documents and pleadings offered in support and opposition to the Motion,
6    the evidence presented having being fully considered, the issues having been duly
7    heard, and a decision having been duly rendered,

8    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the
9    Motion for Summary Judgment by Kroenke Sports Enterprises, LLC is
10   **GRANTED** as to the Second Claim for Relief for Breach of the Implied Covenant
11   of Good Faith and Fair Dealing, the Fourth Claim for Relief for Specific
12   Performance, and the Fifth Claim for Relief for Unjust Enrichment Warranting
13   Imposition of Constructive Trust and that Judgment shall be, **AND HEREBY IS,**
14   **ENTERED** forthwith in favor of defendant and against plaintiff on those claims.

17   Dated:  August 20, 2008

20   _____
     UNITED STATES DISTRICT JUDGE

2                    CASE NO. CV07-01961ER (PLAX)